IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KATHERINE JONES MITCHELL,** *et al.*            **PLAINTIFFS**

**v.**            **Case No. 3:19-cv-00370-LPR**

**RELIANCE HEALTH CARE INC.,** *et al.*            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered in this matter on August 28, 2020, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REMANDED to the Circuit Court of Mississippi County, Arkansas.

IT IS SO ADJUDGED this 28th day of August 2020.

                                            _____
                                            LEE P. RUDOFSKY
                                            UNITED STATES DISTRICT JUDGE